UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN VAZQUEZ-MONSERRATE (03),<br><br>    Defendant. | Crim. No. 06-008 (JAF) |

**O R D E R**

Defendant's case and order on appeal involve the district court's denial of crack retroactivity benefits under 18 U.S.C. § 3582(c)(2). No excusable neglect or meritorious issue on appeal has been presented to the court to prompt the validation of a late appeal.

We have reviewed the record again. Defendant's sentence is governed by a 120-month statutory mandatory minimum term of imprisonment for which the crack retroactivity amendments afford no relief.

The request for a late appeal is **DENIED**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 11th day of September, 2008.

                                S/José Antonio Fusté
                                JOSE ANTONIO FUSTE
                                Chief U. S. District Judge